```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ERIC A. LONGMIRE,

                Plaintiff,                         05 CIVIL 6725 (SHS)

      -against-                           **JUDGMENT**

GUY P. WYSER-PRATTE and WYSER-PRATTE
MANAGEMENT CO., INC.,
                Defendants.
------------------------------------------------------------X

      Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Sidney H. Stein, United States District Judge, and the Court, on September 6, 2007, having rendered its Opinion and Order granting defendants' motion for summary judgment and dismissing plaintiff's claims with prejudice, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 6, 2007, defendants' motion for summary judgment is granted and plaintiff's claims are dismissed with prejudice.

**Dated:** New York, New York
           September 7, 2007

                                              **J. MICHAEL McMAHON**
                                                   Clerk of Court
                               BY:
                                                      Deputy Clerk

                                           THIS DOCUMENT WAS ENTERED
                                           ON THE DOCKET ON _____